UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE APPLICATION OF YS GOLD REAL ESTATE LTD. AND YS GOLD INVESTMENTS LTD. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. _____ |

**DECLARATION OF ROBERT B. KEARNEY**

I, Robert B. Kearney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Associate at the law firm Sequor Law, P.A., attorneys for Applicants YS Gold Real Estate Limited and YS Gold Investments Limited ("Applicants").

2. I am over the age of 18 and make this Declaration in support of the Application submitted by Applicants for an order pursuant to 28 U.S.C. § 1782 to take discovery from Respondents JP Morgan Chase Bank N.A. and Province of Reconciliation, Inc. ("Respondents").

3. Attached as Exhibit A is a true and correct copy of the Florida Department of State, Division of Corporations entity detail extract for Continuing Evangelical Episcopal Communion, Inc.

4. Attached as Exhibit B is a true and correct copy of the Florida Department of State, Division of Corporations entity detail extract for Province of Reconciliation, Inc.

5. Attached as Exhibit C is a true and correct printout of an article retrieved on February 25, 2026, from: https://fox4kc.com/business/press-

releases/ein-presswire/836183075/international-college-of-bishops-proclaims-new-name-for-ceec-church/.

6. Attached as Exhibit D is a true and correct printout of a webpage, retrieved on February 25, 2026, from: https://confessinganglican.church/province-of-reconciliation/.

7. Attached as Exhibit E is a true and correct screenshot of a webpage, retrieved on February 25, 2026, from: https://www.facebook.com/ConfessingAnglicanChurch/.

8. Attached as Exhibit F is a true and correct copy of the proposed subpoenas for service on Respondents.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2026.


By: /s/ *Robert Kearney*
    Robert B. Kearney