# Exhibit A



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

**Florida Not For Profit Corporation**
CONTINUING EVANGELICAL EPISCOPAL COMMUNION, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | N19000012072 |
| **FEI/EIN Number** | 84-3614339 |
| **Date Filed** | 12/03/2019 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

### Mailing Address

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

### Registered Agent Name & Address

Pezzutti, Bill
12966 Silver Oak Dr.
Jacksonville, FL 32223

Name Changed: 03/19/2024

Address Changed: 03/19/2024

### Officer/Director Detail

**Name & Address**

Title P

Gosselin, Robert J
PO Box 72
Huntsville, TN 37756

Title VP

Pezzutti, Bill
12966 Silver Oak Dr
Jacksonville, FL 32223

Title T/S

GOSSELIN, PATRICIA
PO Box 72
Huntsville, TN 37756

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 02/03/2023 |
| 2024 | 03/19/2024 |
| 2025 | 04/16/2025 |

### Document Images

| | |
|---|---|
| 04/16/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2023 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 12/03/2019 -- Domestic Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations