# Exhibit B

Division of Corporations



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Not For Profit Corporation
PROVINCE OF RECONCILIATION INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N17000011175 |
| **FEI/EIN Number** | 83-1133332 |
| **Date Filed** | 11/07/2017 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

**Mailing Address**

12966 Silver Oak Dr
Jacksonville, FL 32223

Changed: 03/19/2024

**Registered Agent Name & Address**

Pezzutti, Bill
12966 Silver Oak Dr
Jacksonville, FL 32223

Name Changed: 03/19/2024

Address Changed: 03/19/2024

**Officer/Director Detail**

**Name & Address**

Title VP

Pezzutti, Bill
12966 Silver Oak Dr
Jacksonville, FL 32223

Title SEC-TREAS

GOSSELIN, PATRICIA LEE
PO BOX 7
Helenwood, TN 37755

Title President

GOSSELIN, ROBERT J, Sr.
PO Box 7
Helenwood, FL 37755

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 02/03/2023 |
| 2024 | 03/19/2024 |
| 2025 | 04/16/2025 |

**Document Images**

| | |
|---|---|
| 04/16/2025 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2024 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2023 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/02/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2019 -- ANNUAL REPORT | View image in PDF format |
| 07/06/2018 -- ANNUAL REPORT | View image in PDF format |
| 11/07/2017 -- Domestic Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations