# Exhibit D



- home
- about
- provinces
- join us
- resources
- contact us
- give

Search Site

# The Province of Reconciliation

An affinity-based province of the Confessing Anglican Church



## The Most Revd Dr Robert Gosselin

Metropolitan and Provincial Archbishop

 

When Bishop Robert was consecrated at the Garden Tomb in Jerusalem in 2012, even the friend who arranged the service didn't know he was the one being elevated to the episcopate—a reflection of his servant-hearted approach to leadership. Today, he serves as Metropolitan Archbishop of the Province of Reconciliation for the Confessing Anglican Church, helping to guide jurisdictions across Asia, Africa, the Americas, and Europe, while also serving as the global church as its General Secretary.

A former U.S. Marine Corps human counterintelligence NCO, Bishop Robert brings both discipline and discernment to his ministry. He holds Master of Theology from Faith Theological Seminary, a Doctor of Ministry from Aidan University, and earned a Ph.D. in Leadership & Organization (Summa Cum Laude) from Logos Graduate School. Yet his deepest lessons have come through suffering, which taught him that life's hardest questions can't be answered from within—but only by standing on the Rock of Ages.

He often says, "True leadership is never about title and position—it is ALWAYS about trust and servanthood. If serving is beneath you, leadership is beyond you." A bridge-builder at heart, he draws people back to relationships they didn't know they needed, and encourages them to live out God's call with courage and joy. His life echoes the words of his friend Bishop Tony Palmer: "Diversity is divine; division is diabolic."

Above all, Bishop Robert is determined to press on—to take hold of that for which Christ Jesus took hold of him—and to invite others to join him on the journey of a lifetime.



## Provincial Bishops Council



**Archbishop Charles Travis**

Archbishop Emeritus

Bishop Travis' Ministry Website
Aidan University



**Archbishop DOM Misael Carmenates, OSB**

Archdiocese of South America

Bishop Misael's Ministry Website



**Archbishop Vince McLaughlin**

Archdiocese of North America



**Bishop Bill Pezzutti**

Diocese of St Jude the Apostle
Commission on World Ministry and Christian Unity



## Provincial House of Bishops



**Bishop Hizkiel Bhatti**

Diocese of Pakistan



**Archbishop DOM Misael Carmenates, OSB**

Archdiocese of South America



**Bishop Fabiano Nascimeno**

Diocese of Brazil



**Bishop David Carr**

Order of Saint Leonard



**Bishop Jorge Garcia**

Diocese of Mexico



**Bishop Daniel A.M. Ghansah**

Missionary Diocese of Ghana & Togo



**Archbishop Robert Gosselin**

Province of Reconciliation



**Bishop Name Protected**

Diocese of Jordan & Israel







**Archbishop Simeon Nzishura**

Archdiocese of Burundi



**Bishop Cei Dewar**

*Missionary Bishop* Missionary Diocese of Providence (UK)

**Archbishop Thomas Schirrmacher**

Office of Government & Int'l Affairs

**Archbishop Charles Travis**

Apostolate of St. Chad
*Emeritus*



**Bishop Yepeta Sika Usala**

Diocese of South Sudan



**Bishop Jesus Manuel Quiroz**

Missionary Diocese of Peru



**Bishop Name Protected**

Diocese of the Messiah

Location Protected



**Archbishop Vince McLaughlin**

Archdiocese of North America



**Bishop Bill Pezzutti**

Diocese of Saint Jude the Apostle

## Archdioceses, Dioceses & Apostolates

### North America

**Archdiocese of North America**

The Archdiocese of North America includes the United States and Canada. It is led by the Most Revd Dr F. Vincent McLaughlin.

Visit Website

**Order of Saint Benedict – USA**

The Order of St. Benedict's monastery in south Florida is led by the Most Revd DOM Misael Carmenates, OSB

Visit Website

**Diocese of Saint Jude the Apostle**

The Diocese of Saint Jude the Apostle is led by the Right Revd Bill Pezzutti.

Visit Website

**Diocese of the Armed Forces & Chaplaincy**

This diocese provides covering for endorsed chaplains serving in the armed forces of their nation, as well as civilian chaplains serving in various roles such as hospital and hospice chaplaincy.

**Ordinariate of St. Martha**

Except in exigent circumstances, ordination to the presbytery/priesthood in the CAC is reserved to male ordinands. This ordinariate is intended to provide a jurisdiction for female ordinations as a presbyter prior to Feb 2025, for the incardination of female presbyters from other jurisdictions and for those whose special circumstances have been approved for a derogation by the International College.

**Ordinariate of St Michael the Protector**

The Ordinariate of St. Michael the Protector is an ordinariate of cloaked credentials for the protection of those serving in persecuted areas. It is often the case in persecuted nations that details of active ministries and/or the names of those involved in those ministries must not be publicly disclosed. The ordinariate is under the supervision of the General Secretary.

**Dioceses in Formation**

The Province is always open to planting churches and creating additional dioceses, as the Lord grows His Church.

### South America and Latin America

**South America**

The Archdiocese of South America is led by the Most Revd DOM Misael Carmenates, OSB.

**Peru**

The Diocese of Peru is led by the Right Revd Jesus Manuel Mejia Quiroz.

**Brazil**

The Diocese of Brazil is led by the Right Revd Fabiano Nascimento.

**Mexico**

The Diocese of Mexico is under the supervision of the Archdiocese of South America, assisted by the Right Revd Jorge Garcia, the Auxiliary Bishop.

Visit Website

**Chile**

The missionary work in Chile is under the supervision of

**Ecuador**

The missionary work in Ecuador is under the supervision of the

the Archdiocese of South America.

Archdiocese of South America.

## Middle East & Africa

### Pakistan
The Diocese of Pakistan is led by the Right Revd Hizkiel Bhatti.

### Jordan
The Diocese of Jordan is led by a Bishop with Cloaked Orders.

### Israel
The Diocese of Israel is led by a Bishop with Cloaked Orders.

### South Sudan
The Diocese of South Sudan is led by the Right Revd Yepeta Nathan Sika, and includes the works in Uganda and the Democratic Republic of the Congo.

Visit Website

### Uganda
The missionary work in Uganda is under the supervision of the Diocese of South Sudan.

### Congo
The missionary work in the Democratic Republic of the Congo is under the supervision of the Diocese of South Sudan.

### Burundi
The Archdiocese of Burundi is under the supervision of the Most Revd Simeon Nzishura.

### Kenya
The Missionary Diocese of Kenya is under the supervision of the Province of Reconciliation.

### Ghana – Togo
The Diocese of Ghana & Togo is under the supervision of the Right Revd Daniel A. M. Ghansah.

### Africa Mission
A number of missions activities are underway in various countries in Africa.

---

## A Place To Belong - A Place To Become

Whether you're seeking community, have been abandoned or are simply curious—this is a place where your questions are welcome and your story matters.

Let's Talk



**Confessing Anglican Church**

**MAILING ADDRESS**
Office of the General Secretary
PO Box 72
Huntsville TN
37756-0072

info@ConfessingAnglican.Church

+1 (401) 326 - 2332

Message Us

The Confessing Anglican Church is exempt under both IRS Code Section 501(c)(3) and 508(c)(1)(A) of the IRS Code

About
Provinces
Affiliation
Resources
Contact Us
Submit a Blog Post

© Copyright 2026 by the Confessing Anglican Church, *otherwise known as the Continuing Evangelical Episcopal Communion*
Site maintained by Dunamis Web Services