# Exhibit 1

**איפרח יעקב מכלוף קובי**  **עוסק מורשה 040185852**
**הציונות 8 ירושלים**

## קבלת פקדון      מספר : 05/000001      מקור

**לכבוד :**
י.ש גולד נדל"ן בע"מ                     מספרכם: 000000019      **תאריך: 08/07/25**

טלפון:                                                                         **שעה : 16:17**
פקס:
ע.מ./ת.ז:  ▮▮▮▮▮▮▮       **אסמכתא:**          דף 1 מתוך 1

| שורה | פרטים | סוג תשלום | מספר שיק | תאריך פרעון | בנק | מספר סניף | מספר חשבון | ש"ח שע"ח 0.00 | שקל חדש |
|---|---|---|---|---|---|---|---|---|---|
| 1 | קבלת פקדון מספר 1 | העברה בנקאית | | 08/07/25 | | | | 0.00 | 1,000,000.00 |
| | | | | | | | **סה"כ:** | **0.00** | **1,000,000.00** |

**מפיק המסמך:**
איפרח יעקב מכלוף קובי  _____