# Exhibit 2

Translator Declaration

I, the undersigned
translator,

    I D / Passport No 022299234

    Address: Modiin, Israel

I declare under penalty of perjury under the
laws of the United States of America that the
following is true and correct

1    I am making this affidavit in conjunction
with my translation from the Hebrew
language into the English language

2    ☑ I hereby declare that the English
language is my mother tongue
☑ I am a professional translator with 15
years of experience.

3    I am fluent in the Hebrew and English
languages and I confirm that the
attached translation is accurate and true
to the original document.

4    I translated the attached document from
copy of the original document
presented to me.

5    This is my name, my signature, and the
content of my affidavit is true.

**Translator's Name and signature:**

Limor Lichtenstein Katz

Date       <u>18/02/2026</u>

הצהרת מתרגם

אני המתרגמת הח"מ

מספר ת.ז 022299234

כתובת: מודיעין, ישראל

לאחר שהוזהרתי כי עליי לומר את  האמת וכי אהיה
צפויה לעונשים הקבועים בחוק אם לא אעשה כן,
מצהירה בזה בכתב כדלקמן

1    הנני  עושה תצהירי  זה בצמוד לתרגום שביצעתי
מהשפה העברית לשפה  האנגלית.

2    ☑ הנני מצהירה כי השפה האנגלית הינה שפת
האם שלי.

☑ אני מתרגמת מקצועית וברשותי ניסיון של 15
שנה.

3    אני שולטת  היטב בשפות עברית  והאנגלית
והנני לאשר את נאמנותו של התרגום ,וכי
התרגום הינו מדויק.

4    אני תרגמתי את המסמך הרצ"ב מעותק של
מסמך המקור שהוצג בפני.

5    זהו שמי, זו חתימתי ותוכן תצהירי אמת.

שם וחתימת המתרגם: לימור ליכטנשטיין כץ

תאריך<u>      18/02/2026     </u>

**Ifrach Ya'akov Machluf Koby**
**8 HaTzionut St. Jerusalem**

**Licensed Dealer 040185852**

# Deposit Receipt    Number: 05/00001    Source

To:
Y.S. Gold Investments Ltd

Your Number:    000000019

**Date:** 08/07/2025
**Time:.** 16:17

Phone:
Fax:
Licensed Dealer/Id. No.: ▮▮▮▮▮    **Reference:**    Page 1 of 1

| Line | Details | Payment Type | Check Number | Repayment Date | Bank | Branch Number | Account Number | NIS Exchange Rate 0.00 | New Shekel |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Deposit Receipt Number 1 | Bank Transfer | | 08/07/2025 | | | | 0.00 | 1,000,000.00 |
| | | | | | | | Total: | 0.00 | 1,000,000.00 |

**Document Producer:**
**Ifrach Ya'akov Machluf Koby**_____

**True Copy**
**17/02/26 13:30**

Call Translation Universal Ltd
514981463

Universal Translation ... Call Translation