# Exhibit 3

| עוסק מורשה 040185852 | איפרח יעקב מכלוף קובי |
|---|---|
|  | הציונות 8 ירושלים |

## קבלת פקדון      מספר : 05/000002      מקור

**לכבוד :**
י.ש גולד השקעות בע"מ

מספרכם: 000000020     **תאריך: 10/07/25**

טלפון:                                       **שעה : 13:49**

פקס:

ע.מ./ת.ז:        אסמכתא:       דף 1 מתוך 1

| שורה | פרטים | סוג תשלום | תאריך פרעון | מספר שיק | בנק | מספר סניף | מספר חשבון | ש"ח שע"ח 0.00 | שקל חדש |
|---|---|---|---|---|---|---|---|---|---|
| 1 | קבלת פקדון מספר 2 | העברה בנקאית | 10/07/25 |  |  |  |  | 0.00 | 9,000,000.00 |
|  |  |  |  |  |  |  | **סה"כ:** | **0.00** | **9,000,000.00** |

**מפיק המסמך:**

איפרח יעקב מכלוף קובי  _____