# Exhibit 4

| Translator Declaration | הצהרת מתרגם |
|---|---|
| I, the undersigned translator, | אני המתרגמת הח"מ |

| I D / Passport No 022299234 | מספר ת.ז 022299234 |
|---|---|
| Address: Modiin, Israel | כתובת: מודיעין, ישראל |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct

לאחר שהוזהרתי כי עליי לומר את האמת וכי אהיה צפויה לעונשים הקבועים בחוק אם לא אעשה כן, מצהירה בזה בכתב כדלקמן

1. I am making this affidavit in conjunction with my translation from the Hebrew language into the English language

1. הנני עושה תצהירי זה בצמוד לתרגום שביצעתי מהשפה העברית לשפה האנגלית.

2. ☑ I hereby declare that the English language is my mother tongue
   ☑ I am a professional translator with 15 years of experience.

2. ☑ הנני מצהירה כי השפה האנגלית הינה שפת האם שלי.
   ☑ אני מתרגמת מקצועית וברשותי ניסיון של 15 שנה.

3. I am fluent in the Hebrew and English languages and I confirm that the attached translation is accurate and true to the original document.

3. אני שולטת היטב בשפות עברית והאנגלית והנני לאשר את נאמנותו של התרגום, וכי התרגום הינו מדויק.

4. I translated the attached document from copy of the original document presented to me.

4. אני תרגמתי את המסמך הרצ"ב מעותק של מסמך המקור שהוצג בפני.

5. This is my name, my signature, and the content of my affidavit is true.

5. זהו שמי, זו חתימתי ותוכן תצהירי אמת.

Translator's Name and signature:

Limor Lichtenstein Katz

שם וחתימת המתרגם: לימור ליכטנשטיין כץ

Date    18/02/2026

תאריך    18/02/2026

**Ifrach Ya'akov Machluf Koby** **Licensed Dealer 040185852**
8 HaTzionut St. Jerusalem

## Deposit Receipt  Number: 05/00002  Source

**To:** Your Number: 000000020
Y.S. Gold Investments Ltd
**Date:** 10/07/2025
**Time:.** 13:49

Phone:
Fax:
Licensed Dealer/Id. No.: ███  **Reference:** Page 1 of 1

| Line | Details | Payment Type | Check Number | Repayment Date | Bank | Branch Number | Account Number | NIS Exchange Rate 0.00 | New Shekel |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Deposit Receipt Number 2 | Bank Transfer | | 10/07/2025 | | | | 0.00 | 9,000,000.00 |
| | | | | | | | **Total:** | 0.00 | 9,000,000.00 |

**Document Producer:**
**Ifrach Ya'akov Machluf Koby** _____

Call Translation Universal Ltd
514981463



**True Copy**
**17/02/26 13:32**

This document was produced by the Rivhit Software – Business Management Phone: 03-7466300 Fax: 03-6447058 www.rivhit.co.il
Page 1 of 1