# Exhibit 5

26.6.2025

לכבוד:

עו"ד קובי איפרח
רחוב קרית המדע 3
ירושלים

**הנדון: העברת כספים מחשבון הנאמנות של אגודת וינסנט**

שלום רב,

בהתאם להנחיית ועד עמותת אגודת וינסנט (הכנסייה האנגליקנית), אבקשך להעביר מחשבון הנאמנות של העמותה בבנק לאומי את התשלומים של חלק מהתמורה וזאת עד 10 מיליון ש"ח בהתאם להוראות הסכם המכר בניכוי ההוצאות ושכר טרחתך, כשהסכום יומר לדולרים לפי שער ההמרה שיתקבל בבנק בפועל, לאחר ניכוי עלויות ההמרה והעברה לחשבון הבא:

**Account Name:**
PROVINCE OF RECONCILIATION
**Account Number:**
████1197
**Wire Routing Number:**
021000021
**SWIFT Code:**
CHASUS33
**Bank Name:**
JPMORGAN CHASE
**Branch Address:**
370 Village Oaks Dr
St Johns, FL 32259
USA

נודה לביצוע ההעברה בהקדם האפשרי בהתאם לכל דין.

בברכה,

*[signature]*

דריל אלן פנטון
חבר ועד
אגודת וינסנט (הכנסייה האנגליקנית)