# Exhibit 6

| Translator Declaration | הצהרת מתרגם |
|---|---|
| I, the undersigned translator, | אני המתרגמת הח"מ |

| | |
|---|---|
| I D / Passport No 022299234 | מספר ת.ז 022299234 |
| Address: Modiin, Israel | כתובת: מודיעין, ישראל |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct

לאחר שהוזהרתי כי עליי לומר את האמת וכי אהיה צפויה לעונשים הקבועים בחוק אם לא אעשה כן, מצהירה בזה בכתב כדלקמן

1. I am making this affidavit in conjunction with my translation from the Hebrew language into the English language

1. הנני עושה תצהירי זה בצמוד לתרגום שביצעתי מהשפה העברית לשפה האנגלית.

2. ☑ I hereby declare that the English language is my mother tongue
☑ I am a professional translator with 15 years of experience.

2. ☑ הנני מצהירה כי השפה האנגלית הינה שפת האם שלי.
☑ אני מתרגמת מקצועית וברשותי ניסיון של 15 שנה.

3. I am fluent in the Hebrew and English languages and I confirm that the attached translation is accurate and true to the original document.

3. אני שולטת היטב בשפות עברית והאנגלית והנני לאשר את נאמנותו של התרגום, וכי התרגום הינו מדויק.

4. I translated the attached document from copy of the original document presented to me.

4. אני תרגמתי את המסמך הרצ"ב מעותק של מסמך המקור שהוצג בפני.

5. This is my name, my signature, and the content of my affidavit is true.

5. זהו שמי, זו חתימתי ותוכן תצהירי אמת.

Translator's Name and signature:

Limor Lichtenstein Katz

Date    18/02/2026

שם וחתימת המתרגם: לימור ליבטנשטיין כץ

תאריך    18/02/2026

To: 26/06/2025

Adv. Koby Ifrach
3 Kiryat HaMada Street
Jerusalem

### Re: Funds Transfer from the Trust Account of The Vincent Society

Dear Sir/Madam,

In accordance with the directives of the Committee of The Vincent Society Non-Profit Organization (the Anglican Church), I kindly ask you to transfer from the Trust Account of the Non-Profit Organization in Bank Leumi the payments constituting part of the consideration and this up to 10 Million NIS according to the provisions of the Sale Agreement after deducting the expenses and your fee for professional services, when the amount will be converted to Dollars in accordance with the exchange rate that will be received by the Bank in actual fact, after deducting the conversion costs and transferring to the following Account:

**Account Name:**
PROVINCE OF RECONCILIATION
**Account Number:**
███ 1197
**Wire Routing Number:**
021000021
**SWIFT Code:**
CHASUS33
**Bank Name:**
JPMORGAN CHASE
**Branch Address:**
370 Village Oaks Dr.
St. Johns, FL 32259
USA

We would appreciate it if you could carry out the transfer of funds at your earliest convenience.in accordance with any Law.

Kind regards,

*[signature]*

**Daryl Allen Penton**
Committee Member
The Vincent Society (the Anglican Church)

True Copy
17/02/26 16:16


Call Translation Universal Ltd
514981463
Universal Translation