# Exhibit 7

לאומי
leumi

בנק לאומי | תאריך הנפקה 27.08.2025

# חשבונות מט"ח - עובר ושב

יתרת עובר ושב נכונה לתאריך 27.08.2025

היתרות משוערכות לתאריך 27.08.2025 ע"פ שערים יציגים מתאריך 26.08.2025

חשבון של אגודת וינסנט ) הכנסיה האנגליקנית ( - [redacted] **מטבע** דולר ארה"ב $ **יתרה** $ 83,249.07

| תאריך | תנועות | אסמכתא | חובה | זכות | יתרה מצטברת |
|---|---|---|---|---|---|
| 05.08.2025 | העברת כספים | 51547988 | $ 34,000.00 | | $ 83,249.07 |
| 04.08.2025 | פרעון פקדון | 1009 | | $ 115,176.44 | $ 117,249.07 |
| 31.07.2025 | העברת כספים | 51495481 | $ 166,000.00 | | $ 2,072.63 |
| 31.07.2025 | רכישת מט"ח | 1220 | | $ 166,455.09 | $ 168,072.63 |
| 21.07.2025 | העברת כספים | 51350494 | $ 2,750,000.00 | | $ 1,617.54 |
| 21.07.2025 | עמ.העברת מטח | 51350494 | $ 192.00 | | $ 2,751,617.54 |
| 21.07.2025 | משוטף לפקדון | 90009 | $ 115,000.00 | | $ 2,751,809.54 |
| 17.07.2025 | פר.המר.מיידי | 68553980 | | $ 2,866,809.54 | $ 2,866,809.54 |



לאומי
leumi

:נק לאומי | תאריך הנפקה 27.08.2025

**זשבונות מט"ח - עובר ושב**

**העברת כספים**

# $ 2,750,000.00

21.07.2025 | תאריך ערך: 21.07.2025

אגודת וינסנט ) הכנסיה האנגליקנית
)

[redacted]

| | |
|---|---|
| אסמכתא | 51350494 |
| העברה אל | PROVINCE OF RECONCILIATION |
| חשבון | [redacted]197 |
| מספר העסקה | 645051350494 |
| מסמכים |  תשלום בסוויפט |
| |  הודעת חיוב / זיכוי |



לאומי leumi

בנק לאומי | תאריך הנפקה 27.08.2025

## חשבונות מט"ח - עובר ושב

העברת כספים

# $ 166,000.00

31.07.2025 | תאריך ערך: 31.07.2025

אגודת וינסנט ) הכנסיה האנגליקנית )

| | |
|---|---|
| אסמכתא | 51495481 |
| העברה אל | PROVINCE OF RECONCILIATION |
| חשבון | 197 |
| מספר העסקה | 645051495481 |
| מסמכים | תשלום בסוויפט |
| | הודעת חיוב / זיכוי |



leumi

# חשבונות מט"ח - עובר ושב

העברת כספים

## $ 34,000.00

05.08.2025 | תאריך ערך: 05.08.2025

אגודת וינסנט ) הכנסיה האנגליקנית )

| | |
|---|---|
| אסמכתא | 51547988 |
| העברה אל | PROVINCE OF RECONCILIATION |
| חשבון | 1197 |
| מספר העסקה | 645051547988 |
| מסמכים | הודעת חיוב / זיכוי |
| | תשלום בסוויפט |